**Steven D. PERCELLE, Plaintiff—Appellant,**

v.

**Alan ROSENTHAL, Dr.; et al., Defendants—Appellees.**

No. 09–17170.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 16, 2010.*

Filed Nov. 22, 2010.

Steve D. Percelle, Soledad, CA, pro se.

Kay K. Yu, Esquire, Deputy Attorney General, AGCA—Office of the California Attorney General, San Francisco, CA, for Defendants–Appellees.

Before: TASHIMA, BERZON, and CLIFTON, Circuit Judges.

*See Fed. R.App. P. 34(a)(2).*

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

MEMORANDUM **

California state prisoner Steven D. Percelle appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo. *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir.2004). We affirm.

The district court properly granted summary judgment because Percelle did not raise a genuine issue of material fact as to whether the defendants knew of and disregarded an excessive risk to him while treating his neurological condition. *See id.* at 1057–58 (a prison official acts with deliberate indifference only if he knows of and disregards an excessive risk to an inmate's health and safety, and a difference of opinion about the best course of medical treatment does not amount to deliberate indifference).

Percelle's remaining contentions are unpersuasive.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).